JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AMELIA PEREZ and DANIEL PEREZ, | Case No. 5:24-cv-00075-SSS-SPx |
|---|---|
| Plaintiffs, | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| GOODLEAP, LLC; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to the Parties' Stipulation for Dismissal of Entire Action with Prejudice, and good cause appearing, the above-entitled action is dismissed, in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: October 16, 2024

By: _____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE